PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5890
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK WADE CARLON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01484-EPG<br><br>ORDER RE: STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 13). |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's opening brief be extended forty-five (45) days from August 15, 2022 up to and including September 29, 2022. This is the parties' first request for an extension; this case was previously stayed.

There is good cause for this extension. The Court ordered the Commissioner to file the record not later than June 30, 2022, which was 90 days after the stay lifted (Doc. 8). This case was part of a pre-answer project to review over 200 of the Commissioner's stayed cases for policy compliance, so that the Commissioner could identify cases for early settlement. This case underwent such a review on April 11, 2022 and again after an updated administrative record issued on May 25, 2022. Intending to defend the case, previously assigned counsel arranged for

the U.S. Attorney's Office to file the record on May 31, 2022 (Doc. 9).  Plaintiff timely filed his brief on June 30, 2022 (Doc. 10).  The undersigned thanks Plaintiff's counsel for courteously alerting her to the overdue status of the Commissioner's brief.

On July 6, 2022, the undersigned counsel for the Commissioner was re-assigned this matter for briefing (Doc. 12).  In the intervening time period, the undersigned was re-assigned a share of all remaining cases in the pre-answer project that were awaiting Plaintiff's brief, a share of cases from that project for which claimants had already filed their opening briefs, a share of cases assigned to counsel who have transferred to other components of the Office of General Counsel as part of a national reorganization, and a share of cases assigned to counsel who have departed the agency or are on long-term leave.  These assignments and re-assignments were in addition to the usual assignments when complaints are filed.  Due to an administrative error during the assignment of this case, the undersigned believed the Commissioner's deadline was September 13, 2022 and did not double check that deadline against the docket.  Counsel apologizes to Plaintiff and the Court for this oversight.

A shorter extension would not suffice.  The undersigned's office is not fully staffed because planned hiring and personnel transfers into the new office handling all Ninth Circuit litigation have not taken place to backfill recent departures.  This staffing issue occurs in the midst of an increased volume of briefs in this District, due to the large volume of administrative records that the Commissioner filed from April to June 2022.  All of the undersigned's cases are typically in this District, and therefore subject to case volume trends.  Further, the undersigned was issued military orders to travel and work in Washington, D.C. during the week of September 12, 2022.  The undersigned has been in regular communication with her supervisor regarding the District case volume trends and the impact of military orders in September, but no cases are expected to be re-assigned.

Therefore, in order to give this case due attention and considering the undersigned's other briefing deadlines in August and September, the Commissioner respectfully requests an extension from August 15, 2022 to September 29, 2022.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated:  August 19, 2022 |   | /s/  *Francesco P. Benavides\** |
|   |   | FRANCESCO P. BENAVIDES |
|   |   | Attorney for Plaintiff |
|   |   | (*signature authorized via e-mail Aug. 19, 2022) |
| Dated: August 19, 2022 |   | PHILLIP A. TALBERT |
|   |   | United States Attorney |
|   |   | PETER K. THOMPSON |
|   |   | Acting Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | /s/  *Ellinor R. Coder* |
|   |   | ELLINOR R. CODER |
|   |   | Special Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |

3

# ORDER

Based on the above stipulation (ECF No. 13), IT IS ORDERED that Defendant shall file Defendant's responsive brief no later than September 29, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __August 22, 2022__                    /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE